SUSAN A. LONG, as *Guardian ad Litem,* ET AL, *Respondents,* v. JAMES F. DUGAN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88–2–00745–0, Nile E. Aubrey, J., entered March 25, 1988. *Reversed* by unpublished opinion per

Schumacher, J. Pro Tem., concurred in by Pearson and Utter, JJ. Pro Tem. Now published at 57 Wn. App. 309.